UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

WALTER MUSGROVE,

    Plaintiff,

-vs-                                    CASE NO.:  4:17-CV-280-HLM-WEJ

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Walter Musgrove, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Wendi E. Fassbender, Esq., Sessions Fishman Nathan & Israel LLC, 5229 Roswell

Road, N.E., Atlanta, GA 30342; (wfassbender@sessions.legal); and Kirsten H. Smith, Esquire, Sessions, Fishman, Nathan & Israel, L.L.C., 3850 N. Causeway Blvd., Suite 200, Metairie, LA 70002-7227 (ksmith@sessions.legal).

/s/*Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
tgomez@forthepeople.com
fkerney@forthepeople.com
jkneeland@forthepeople.com
snazario@forthepeople.com
Attorney for Plaintiff