UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

WALTER MUSGROVE,

   Plaintiff,

-vs-                                       CASE NO.:  4:17-CV-280-HLM-WEJ

DIVERSIFIED CONSULTANTS, INC.,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Walter Musgrove, and the Defendant, Diversified Consultants, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 13th day of June, 2018.

| | |
|---|---|
| */s/Octavio Gomez* | */s/Wendi E. Fassbender* |
| Octavio "Tav" Gomez, Esquire | Wendi E. Fassbender, Esquire |
| Georgia Bar #: 617963 | Georgia Bar No. 179133 |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Israel |
| 201 North Franklin Street, 7th Floor | 5229 Roswell Road, NE |
| Tampa, FL 33602 | Atlanta, GA 30342 |
| Telephone: (813) 223-5505 | Telephone: (678) 209-7492 |

Facsimile: (813) 223-5402  
tgomez@forthepeople.com  
fkerney@forthepeople.com  
jkneeland@forthepeople.com  
snazario@forthepeople.com  
*Counsel for Plaintiff*

wfassbender@sessions.legal  
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Wendi E. Fassbender, Esq., Sessions Fishman Nathan & Israel LLC, 5229 Roswell Road, N.E., Atlanta, GA 30342; (wfassbender@sessions.legal); and Kirsten H. Smith, Esquire, Sessions, Fishman, Nathan & Israel, L.L.C., 3850 N. Causeway Blvd., Suite 200, Metairie, LA 70002-7227 (ksmith@sessions.legal).

/s/Octavio Gomez  
Octavio "Tav" Gomez, Esquire  
Georgia Bar #: 617963  
*Counsel for Plaintiff*